UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALAN ARAUJO,<br>Plaintiff,<br>v.<br>MARKWAYNE MULLIN, IN HIS OFFICIAL CAPACITY AS SECRETARY OF HOMELAND SECURITY, *et al.*,<br>Defendant. | No. 5:26-cv-04100-KK-ACCV<br>**ORDER GRANTING FIRST JOINT STIPULATION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT AND BRIEFING SCHEDULE**<br>Honorable Kenly Kiya Kato<br>United States District Judge<br>**[NOTE CHANGES BY COURT]** |

The Court has received the parties' Joint Stipulation for Leave to File First Amended Complaint and Briefing Schedule and, having reviewed it, hereby GRANTS the Joint Stipulation and ORDERS as follows:

1. Plaintiff Alan Araujo shall file a First Amended Complaint by November **6,** 2026;
2. Defendants Markwayne Mullin in his official capacity as Secretary of Homeland Security ("DHS"), David J. Venturella in his official capacity as Senior Official Performing the Duties of the Director of U.S. Immigration and Customs Enforcement ("ICE"), DHS, and ICE, (collectively the "Defendants") shall file a response, **including any Motion to Dismiss,** to the First Amended Complaint by **December 3, 2026**;
3. If Defendants file a Motion to Dismiss, then any hearing on such motion will be on Thursday, **January 7**, 2027 at 9:30 a.m, **with the opposition and reply due in accordance with the deadlines set forth in the local rules.**

IT IS SO ORDERED.

Dated: October 19, 2026

HONORABLE KENLY KIYA KATO
UNITED STATES DISTRICT JUDGE